TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI                                                      JS-6
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 410-965-5909
        Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU YAN PHING ONG,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:26-cv-00364-MAA<br><br><br>[~~PROPOSED~~] JUDGMENT RE REMAND PURSUANT TO SENTENCE   FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

[~~Proposed~~] Judgment Re Remand                                        Page 1

ADJUDGES AND DECREES that this case be remanded to the Social Security Administration for further proceedings, consistent with the parties' joint stipulation, and that judgment be entered for Plaintiff.

Dated this 22nd day of May, 2026.

_____

Honorable Maria A. Audero

United States Magistrate Judge